1  WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Wilbur Jamie Steele,<br><br>    Defendant. | CR 06-0552-PHX-SMM<br><br>*Amended*<br>**ORDER** |

    Pending before the Court is defendant Wilbur Jamie Steele's Motion for Extension to File Pretrial Motions and Motion to Continue Trial. (Dkt. 10.) Defendant requests an extension of time to file pretrial motions and a continuance of the August 1, 2006 trial date because he needs additional time to receive and analyze discovery and conduct investigation in the case. Good cause appearing,

    **IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension to File Pretrial Motions. (Dkt. 10.) Defendant shall have until August 29, 2006 to file pretrial motions.

    **IT IS FURTHER ORDERED GRANTING** Defendant's Motion to Continue Trial pursuant to 18 U.S.C. § 3161(h)(8)(A), (B)(iv), and (h)(1)(F). (Dkt. 10.) This Court specifically finds, pursuant to 18 U.S.C. §3161(h)(8)(A), that the ends of justice served by granting a continuance of the trial date outweigh the best interest of the public and the defendant in a speedy trial. This finding is based upon the Court's finding that defense

1  counsel needs more time to receive and review discovery and conduct investigation in the
2  case. Thus, the failure to grant the requested continuance would deny counsel for
3  Defendant the reasonable time necessary for effective preparation, taking into account the
4  exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

5  **IT IS FURTHER ORDERED** that the trial date be continued from August 1, 2006
6  to <u>Tuesday, October 3, 2006 at 9:00 a.m.</u>

7  **IT IS FURTHER ORDERED VACATING** the status conference previously
8  scheduled for July 18, 2006 at 3:30 p.m. (Dkt. 9.)

9  **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §
10 3161(h)(8)(A) will commence on July 6, 2006 for a total of 89 days.

11 DATED this 7th day of July, 2006.

Stephen M. McNamee
United States District Judge